1/14/15

Fourth Court Of Appeals

Court of Appeals Number 04-14-00785-cv

Trial Court Case-2011-CI-15957

Maryann Castro vs Manuel Castro



Motion filed by Appellant Maryann Castro, disagree with the trial courts order, Accepting Appellee Manuel Castro filing on contesting Appellants Affidavit of Indigency.

Appellee Manuel Castro, has not supported me financially during the process of divorce, committed fraud, adultery, and almost cost me my home support, due to non-payment of mortgage. And is hiding the fact of Appellants disability, Maryann Castro spousal maintence is needed, Appellant Maryann Castro is disabled and became disabled during the thirty year marriage, and was defrauded of her right to spousal maintance Appellee Manuel Castro and mistress overvalue the martial property using a Comparative Market Analysis a realtors opinion, to defraud Appellants right to spousal Maintence.

Appellee, Manuel Castro has been supporting his mistress during our marriage Christina Pacheco and Manuel Castro reside at 624 W. Goodwin, Pleasanton Texas 78064,Appellee Manuel Castro involved in discriminating against Appellants, Maryann Castro right as a disabled person to apply receive Affidavit of Indigency, due to neglecting the debts incurred in the marriage, mortgage, student loans, taxes, insurance, and neglecting support of Appellant Maryann Castro in debts incurred in the marriage.

Appellee, Manuel Castro, is not being honest in the Agreement for Final divorce, Oct30, 2013, Appellant Maryann Castro suffers from depression, panic attacks, high blood pressure, and type II diabetes. Appellee Manuel Castro has a salary of 70,000 a year and has been dishonest in the whole process of divorce, in the Agreement for Final Divorce signed 10/30/2013 should not have been accepted to due fraud, over value of martial property 1501 Olive, bankruptcy, and discrimination of Appellant MaryAnn Castro disability.

I pray for the court to honor me spousal maintence, and zero dollar to be paid to Manuel Castro for fraud, adultery, discriminating Appellant Maryann Castro disability who was the spouse of Appellee Manuel Castro for thirty years.

1501 Olive is Appellant homestead, Appellee Manuel Castro did not prevent foreclosure in the agreement it states he is to prevent foreclosure, he ignored, and continues to allow his mistress Christina Pacheco to allow Attorney Joseph Appelt to file harassment fillings to prevent the truth of fraud, and disability discrimination of Appellant Maryann Castro to be presented in the Court of Appeals.

Appellant Maryann Castro pray for the court to stop Appellee Manuel Castro, of fraud, and non-payment of Spousal Maintence award Appellant Maryann Castro her right of Spousal Maintence,1501 Olive St is not to be sold it is a disabled person, Appellants Maryann Castro Homestead since 1995.

Appellant Maryann Castro pray for Justice and to stop the fraud and harassment of Appellee Manuel Castro and Mistress Christina Pacheco.

*Maryann Castro*

Maryann Castro-pro se, Appellant

Sent 1/14/15

1501 Olive

Jourdanton, Tx 78026

PACATTITUDE201@GMAIL.COM

830-496-0133

Maryann Costa
1801 Olive
Jourdanton TX 78026

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
15 JAN 2015 PM 3 L

Court of Appeals
Fourth Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX
78205-3037

Clerk of
Keith Fredenp Little John

KEITH E. HOTTLE, CLERK
Keith E. Hottle

2015 JAN 20 PM 1:51
FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

78205303799

